**LightGabler**
By: Chandra A. Beaton (State Bar #225787)
     Kathleen M. Fellows (State Bar #277139)
760 Paseo Camarillo, Suite 300
Camarillo, CA 93010
(805) 248-7208
(805) 248-7209 (fax)

cbeaton@lightgablerlaw.com
kfellows@lightgablerlaw.com

Attorneys for Defendant
DCOR, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN GREEN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DCOR, LLC, a limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-5916<br><br>(Superior Court of California for the County of Ventura Case No. 56-2022-00567633-CU-OE-VTA)<br><br>**DECLARATION OF DAVID C. McDERMOTT IN SUPPORT OF DEFENDANT DCOR, LLC'S NOTICE OF REMOVAL UNDER 28 U.S.C. §§ 1331, 1367, 1441, 1446, AND 43 U.S.C. § 1331, ET SEQ.**<br><br>State Court Complaint Filed: July 7, 2022 |

I, David C. McDermott, declare:

1. I am currently General Counsel for DCOR, LLC ("DCOR"). I have held this position since June 2013. I am over the age of 18. I have personal knowledge of the facts stated in this declaration, and if called upon to do so, I could and would competently testify to them. I submit this declaration in

support of Defendant DCOR, LLC's Notice of Removal of Civil Action.

2. As part of my position and associated job duties as General Counsel, I have access to business records, data, and/or other information relating to DCOR's company status, company filings, company records, employees, oil and natural gas platforms, and related business operations. These records, data, and other information contain business-related information recorded contemporaneously with their creation. I have personal knowledge of the facts stated in this declaration based on my review of these business records, data and/or other information provided to me, and if called upon to do so, I could and would competently testify to them.

3. DCOR is a privately-held Texas limited liability company that is the operator of record or contract operator for sixteen crude oil and natural gas platforms located offshore in southern California.

4. I have attached hereto as **Exhibit "A"** a true and correct copy of the California Secretary of State Statement of Information for DCOR that was filed on July 30, 2021. This Statement of Information accurately reflects DCOR's current registration information.

5. DCOR is comprised of the following members:
   a. W.M. Templeton: 99.5 percent ownership; and
   b. Ryan Templeton: 0.5 percent ownership.

6. W.M. Templeton coordinates DCOR's operations from Dallas, Texas. DCOR's Executive Assistant, Controller, and Chief Financial Officer are all employed in Dallas, Texas to assist W.M. Templeton in coordinating DCOR's activities.

7. I have reviewed the Class Action Complaint ("Complaint") filed by Plaintiff Kevin Green ("Plaintiff"), individually, and on behalf of all others similarly situated, in Ventura County Superior Court Case No. 56-2022-00567633-CU-OE-VTA. Plaintiff's putative class includes individuals who

were or are employees of DCOR and who worked on the DCOR-operated offshore oil and natural gas platforms.

8. The putative class members worked on one of sixteen platforms.

9. Of these sixteen platforms, thirteen are fixed platforms, affixed to the seabed of the Outer Continental Shelf and outside the three-mile limit of California's territorial sea.

10. Each of the following offshore oil platforms is attached to the seabed of the Outer Continental Shelf for the purpose of producing minerals from the subsoil:

  a. Platform A is affixed to the Don Cuadras Field pursuant to federal Oil & Gas Lease OCS-P-0241.

  b. Platform B is affixed to the Don Cuadras Field pursuant to federal Oil & Gas Lease OCS-P-0241.

  c. Platform C is attached to the Don Cuadras Field pursuant to federal Oil & Gas Lease OCS-P-0241.

  d. Platform Edith is affixed to the Beta Field pursuant to federal Oil & Gas Lease OCS-P-0296.

  e. Platform Gilda is affixed to the Santa Clara Field pursuant to federal Oil & Gas Lease OCS-P-0216.

  f. Platform Gina is affixed to the Hueneme Field pursuant to federal Oil & Gas Lease OCS-P-0202.

  g. Platform Habitat is affixed to the Pitas Point Field pursuant to federal Oil & Gas Lease OCS-P-0234.

  h. Platform Harvest is affixed to Point Arguello Field pursuant to federal Oil & Gas Lease OCS-P-0315.

  i. Platform Henry is affixed to the Carpinteria Field pursuant to federal Oil & Gas Lease OCS-P-0240.

  j. Platform Hermosa is affixed to Point Arguello Field pursuant

to federal Oil & Gas Lease OCS-P-0316.

k. Platform Hidalgo is affixed to Point Arguello Field pursuant to federal Oil & Gas Lease OCS-P-0450.

l. Platform Hillhouse is affixed to the East Don Cuadras Field pursuant to federal Oil & Gas Lease OCS-P-0240.

m. Platform Irene is affixed to Point Pedernales Field pursuant to federal Oil & Gas Lease OCS-P-0441.

11. As defined by the Complaint, the putative class members who worked on these federal platforms for DCOR, including Plaintiff, performed construction, maintenance, and/or drilling work as well as related operations in furtherance of the production of minerals from the subsoil.

12. At all material times in 2021 and 2022 when Plaintiff was employed by DCOR, he worked almost entirely on federal Platform Hidalgo and Platform A performing primarily maintenance work in furtherance of the production of minerals from the subsoil.

13. DCOR's records establish that from approximately March 2021 to January 2022, Plaintiff's worked at least 141 days for DCOR. These records further establish that his hourly pay ranged from $14.00 to $18.05, with an average hourly rate of $16.87 during this timeframe.

14. At all material times, Plaintiff's address of residence on file with DCOR has been in Bakersfield, California. DCOR's records show that Plaintiff maintained a California address at all times during his employment with DCOR.

15. DCOR requires its employees to update their address on file if their residence changes. I am not aware of Plaintiff ever having notified DCOR of an intent to change his place of residence to another state.

I declare under penalty of perjury under the State of California and the United States of America that the foregoing is true and correct.

Executed on this 19th, day of August 2022, at Oxnard, California.

_____
David C. McDermott

# EXHIBIT A

**Secretary of State**
**Statement of Information**
(Limited Liability Company)

LLC-12

21-D87789

**FILED**

In the office of the Secretary of State
of the State of California

JUL 30, 2021

**This Space For Office Use Only**

**IMPORTANT** — Read instructions **before completing this form.**

**Filing Fee – $20.00**

**Copy Fees –** First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)

DCOR, LLC

| 2. 12-Digit Secretary of State File Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 200116410101 | TEXAS |

**4. Business Addresses**

| a. Street Address of Principal Office - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 8401 N Central Expy STE 525 | Dallas | TX | 75225 |
| b. Mailing Address of LLC, **if different than item 4a** | City (no abbreviations) | State | Zip Code |
| 8401 N Central Expy STE 525 | Dallas | TX | 75225 |
| c. Street Address of **California** Office, if Item 4a is not in California - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
| 1000 Town Center Drive, Suite 600 | Oxnard | CA | 93036 |

**5. Manager(s) or Member(s)**

If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Alan | | Templeton | |

b. Entity Name - Do not complete Item 5a

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 1000 Town Center Drive | Oxnard | CA | 93036 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| David | | McDermott | |
| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
| 1000 Town Center Drive, Suite 600 | Oxnard | CA | 93036 |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b

**7. Type of Business**

a. Describe the type of business or services of the Limited Liability Company
Oil & Gas Production and Exploration

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |
| b. Address | City (no abbreviations) | State | Zip Code |
| | | | |

**9. The Information contained herein, including any attachments, is true and correct.**

| 07/30/2021 | Stephanie Rice | Executive Assistant | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:
Company:
Address:
City/State/Zip:

LLC-12 (REV 01/2017)        Page 1 of 1        2017 California Secretary of State
www.sos.ca.gov/business/be

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF VENTURA

I am employed in the County of Ventura, State of California. I am over the age of 18 and not a party to the within action; my business address is: 760 Paseo Camarillo, Suite 300, Camarillo, California 93010.

On August 19, 2022, I served the foregoing document described as **DECLARATION OF DAVID C. McDERMOTT IN SUPPORT OF DEFENDANT DCOR, LLC'S NOTICE OF REMOVAL UNDER 28 U.S.C. §§ 1331, 1367, 1441, 1446, AND 43 U.S.C. § 1331, ET SEQ.** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Kane Moon | *Attorneys for Plaintiff* |
| Lilit Tunyan | |
| Moon & Yang, APC | Phone: (213) 232-3128 |
| 1055 W. Seventh St. | Email: kane.moon@moonyanglaw.com |
| Suite 1880 | Lilit.tunyan@moonyanglaw.com |
| Los Angeles, CA 90017 | |

☑ **BY MAIL**

☐ I deposited such envelope in the mail at Camarillo, California. The envelope was mailed with postage thereon fully prepaid.

☑ I caused such envelope to be deposited in the mail at Camarillo, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Camarillo, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☑ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 19, 2022, at Camarillo, California.

/s/ Maria E. Russell
MARIA E. RUSSELL