**LightGabler**
By: Chandra A. Beaton (State Bar #225787)
　　　Kathleen M. Fellows (State Bar #277139)
760 Paseo Camarillo, Suite 300
Camarillo, CA 93010
(805) 248-7208
(805) 248-7209 (fax)
cbeaton@lightgablerlaw.com
kfellows@lightgablerlaw.com

Attorneys for Defendant
DCOR, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN GREEN, individually, and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>DCOR, LLC, a limited liability company; and DOES 1 through 10, inclusive,<br><br>　　　　　　　　　　Defendants. | Case No. 2:22-cv-5916<br><br>(Superior Court of California for the County of Ventura Case No. 56-2022-00567633-CU-OE-VTA)<br><br>**DECLARATION OF W.M. TEMPLETON IN SUPPORT OF DEFENDANT DCOR, LLC'S NOTICE OF REMOVAL UNDER 28 U.S.C. §§ 1331, 1367, 1441, 1446, AND 43 U.S.C. § 1331, ET SEQ.**<br><br>State Court Complaint Filed:<br>July 7, 2022 |

I, W.M. Templeton, declare:

1.　　I currently am the principal member of DCOR, LLC ("DCOR"). I held a 99 percent membership interest in DCOR from 2005 through 2021. I have held a 99.5 percent membership interest in DCOR since January 1, 2022 and through the present. I have personal knowledge of the facts stated in this declaration, and if called upon to do so, I could and would competently testify to them. I submit this declaration in support of Defendant DCOR, LLC's Notice of Removal of Civil Action.

2. From 2012 through 2018, my fixed, primary and principal home address was 6914 Oak Manor Drive, Dallas, Texas 75230. Since 2019 and through the present, my fixed, primary and principal home address has been 10455 Strait Lane, Dallas, Texas 75229. I intend to reside in Dallas, Texas for the foreseeable future.

I declare under penalty of perjury under the State of Texas and the United States of America that the foregoing is true and correct.

Executed on this 19th, day of August, 2022, at Dallas, Texas.

W.M. Templeton

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF VENTURA

    I am employed in the County of Ventura, State of California.  I am over the age of 18 and not a party to the within action; my business address is: 760 Paseo Camarillo, Suite 300, Camarillo, California  93010.

    On August 19, 2022, I served the foregoing document described as **DECLARATION OF W.M. TEMPLETON IN SUPPORT OF DEFENDANT DCOR, LLC'S NOTICE OF REMOVAL UNDER 28 U.S.C. §§ 1331, 1367, 1441, 1446, AND 43 U.S.C. § 1331, ET SEQ.** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Kane Moon | *Attorneys for Plaintiff* |
| Lilit Tunyan | |
| Moon & Yang, APC | Phone: (213) 232-3128 |
| 1055 W. Seventh St. | Email:  kane.moon@moonyanglaw.com |
| Suite 1880 | Lilit.tunyan@moonyanglaw.com |
| Los Angeles, CA 90017 | |

☑    **BY MAIL**

    ☐  I deposited such envelope in the mail at Camarillo, California.  The envelope was mailed with postage thereon fully prepaid.

    ☑  I caused such envelope to be deposited in the mail at Camarillo, California.  The envelope was mailed with postage thereon fully prepaid.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Camarillo, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (State)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☑ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on August 19, 2022, at Camarillo, California.

                                /s/ Maria E. Russell
                                MARIA E. RUSSELL

#1133096    W.M. TEMPLETON DECLARATION ISO DCOR, LLC'S NOTICE OF REMOVAL