**LightGabler**
By: Chandra A. Beaton (State Bar #225787)
    Kathleen M. Fellows (State Bar #277139)
760 Paseo Camarillo, Suite 300
Camarillo, CA 93010
(805) 248-7208
(805) 248-7209 (fax)

cbeaton@lightgablerlaw.com
kfellows@lightgablerlaw.com

Attorneys for Defendant
DCOR, LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN GREEN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DCOR, LLC, a limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:22-CV-05916 RGK (Ex)<br><br>District Judge:     R. Gary Klausner<br>Courtroom:         850<br>Magistrate Judge:    Charles F. Eick<br><br>Complaint Filed:  July 7, 2022<br>Notice of Removal Filed: August 19, 2022<br><br>**DEFENDANT DCOR, LLC'S ANSWER TO PLAINTIFF KEVIN GREEN'S UNVERIFIED CLASS ACTION COMPLAINT** |

TO PLAINTIFF AND HIS COUNSEL OF RECORD:

Defendant DCOR, LLC ("Defendant" or "DCOR") hereby answers and asserts affirmative defenses to the unverified Class Action Complaint ("Complaint") of plaintiff Kevin Green ("Plaintiff') as follows:

## ANSWER

The Defendant answers the numbered paragraphs in the Complaint as follows:

/ / /

/ / /

## **INTRODUCTION & PRELIMINARY STATEMENT**

1.    Answering the introductory paragraph 1 of the Complaint, Defendant admits that Plaintiff purports to bring claims against Defendant and DOE defendants for purported California Labor Code violations and unfair business practices.  Defendant denies that it violated the California Labor Code, engaged in any unfair business practices, failed to pay minimum wages, failed to pay overtime wages, failed to provide meal periods, failed to authorize and permit rest periods, failed to maintain accurate records of hours worked and meal periods, failed to timely pay all wages to terminated employees, failed to indemnify necessary business expenses, and failed to furnish accurate wage statements.

2.    Answering the introductory paragraph 2 of the Complaint, Defendant admits that Plaintiff's Complaint contains eight (8) causes of action and that Plaintiff seeks to represent himself and all others allegedly similarly situated.  Paragraph 2 contains Plaintiffs' procedural allegations for maintaining a class action, to which no response is required. To the extent a substantive response is required, Defendant denies this action is appropriate for class or collective treatment.

3.    Answering the introductory paragraph 3 of the Complaint, Defendant admits that it is a business.  Defendant contends that this paragraph states a legal conclusion and therefore does not require a response. To the extent that a response is required, except as so admitted, Defendant lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in this paragraph, and, on that basis, denies each and every allegation as it relates to Defendant.

4.    Answering the introductory paragraph 4 of the Complaint including all subparts, Defendant denies each and every allegation as it relates to Defendant.

DEFENDANT'S ANSWER TO PLAINTIFF'S
UNVERIFIED CLASS ACTION COMPLAINT

a. Answering paragraph 4(a), Defendant denies each and every allegation as it relates to Defendant.

b. Answering paragraph 4(b), Defendant denies each and every allegation as it relates to Defendant.

c. Answering paragraph 4(c), Defendant denies each and every allegation as it relates to Defendant.

d. Answering paragraph 4(d), Defendant denies each and every allegation as it relates to Defendant.

e. Answering paragraph 4(e), Defendant denies each and every allegation as it relates to Defendant.

f. Answering paragraph 4(f), Defendant denies each and every allegation as it relates to Defendant.

g. Answering paragraph 4(g), Defendant denies each and every allegation as it relates to Defendant.

5. Answering the introductory paragraph 5 of the Complaint, Defendant denies each and every allegation as it relates to Defendant.

6. Answering the introductory paragraph 6 of the Complaint, Defendant admits that it previously employed Plaintiff. Defendant admits that it has also employed other individuals. Defendant contends that this paragraph states a legal conclusion and therefore does not require a response. To the extent that a response is required, except as so admitted, Defendant denies each and every allegation as it relates to Defendant.

## THE PARTIES

7. Answering paragraph 7 of the Complaint, this paragraph contains Plaintiff's jurisdictional allegations, to which no response is required. To the extent a substantive response is deemed required, Defendant admits that it previously employed Plaintiff, that Plaintiff was given a job offer letter in March of 2021 for an Offshore Operator 3/Safety Technician position, and

DEFENDANT'S ANSWER TO PLAINTIFF'S
UNVERIFIED CLASS ACTION COMPLAINT

that Plaintiff's employment with Defendant ended in January 2022.  Except as so admitted, Defendant lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies each and every allegation as it relates to Defendant.

8.     Answering paragraph 8 of the Complaint, Defendant contends that this paragraph states a legal conclusion and therefore does not require a response. To the extent a substantive response is required, Defendant denies this action is appropriate for class or collective treatment.

9.     Answering paragraph 9 of the Complaint, including all subparts, this paragraph contains Plaintiff's jurisdictional allegations, to which no response is required. To the extent a substantive response is deemed required:

a.     Answering paragraph 9(a), Defendant admits that it is a limited liability company.

b.     Answering paragraph 9(b), Defendant admits that it conducts operations in Orange, Los Angeles, Santa Barbara and Ventura Counties.

c.     Answering paragraph 9(c), Defendant admits that it previously employed Plaintiff.  Defendant admits that it has also employed other individuals.

Except as so admitted, Defendant denies each and every allegation as it relates to Defendant.

10.     Answering paragraph 10 of the Complaint, Defendant contends that this paragraph states a legal conclusion and therefore does not require a response. To the extent a substantive response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies each and every allegation as it relates to Defendant.

11.   Answering paragraph 11 of the Complaint, Defendant contends that this paragraph states a legal conclusion and therefore does not require a response. To the extent a substantive response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies each and every allegation as it relates to Defendant.

12.   Answering paragraph 12 of the Complaint, Defendant contends that this paragraph states a legal conclusion and therefore does not require a response. To the extent a substantive response is required, Defendant admits that it previously employed Plaintiff.  Defendant admits that it has also employed other individuals.   Except as so admitted, Defendant lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies each and every allegation as it relates to Defendant.

## ALLEGATIONS COMMON TO ALL CAUSES OF ACTION

13.   Answering paragraph 13 of the Complaint, Defendant admits that it previously employed Plaintiff, that Plaintiff was given a job offer letter in March of 2021 for an Offshore Operator 3/Safety Technician position, that Plaintiff's position was hourly and non-exempt, and that Plaintiff's employment with Defendant ended in January 2022.  Except as so admitted, Defendant lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies each and every allegation as it relates to Defendant.

14.   Answering paragraph 14 of the Complaint, Defendant denies each and every allegation as it relates to Defendant and denies that this action is appropriate for class or collective treatment.

15.   Answering paragraph 15 of the Complaint, Defendant denies each and every allegation as it relates to Defendant and denies that this

1 action is appropriate for class or collective treatment.

2   16.   Answering paragraph 16 of the Complaint, Defendant denies
3 each and every allegation as it relates to Defendant and denies that this
4 action is appropriate for class or collective treatment.

5   17.   Answering paragraph 17 of the Complaint, Defendant denies
6 each and every allegation as it relates to Defendant and denies that this
7 action is appropriate for class or collective treatment.

8   18.   Answering paragraph 18 of the Complaint, Defendant denies
9 each and every allegation as it relates to Defendant and denies that this
10 action is appropriate for class or collective treatment.

11   19.   Answering paragraph 19 of the Complaint, Defendant denies
12 each and every allegation as it relates to Defendant and denies that this
13 action is appropriate for class or collective treatment.

14   20.   Answering paragraph 20 of the Complaint, including all subparts,
15 Defendant denies each and every allegation as it relates to Defendant and
16 denies that this action is appropriate for class or collective treatment.

17     a.   Answering paragraph 20(a) of the Complaint, Defendant
18 denies each and every allegation as it relates to Defendant and denies that
19 this action is appropriate for class or collective treatment.

20     b.   Answering paragraph 20(b) of the Complaint, Defendant
21 denies each and every allegation as it relates to Defendant and denies that
22 this action is appropriate for class or collective treatment.

23     c.   Answering paragraph 20(c) of the Complaint, Defendant
24 denies each and every allegation as it relates to Defendant and denies that
25 this action is appropriate for class or collective treatment.

26     d.   Answering paragraph 20(d) of the Complaint, Defendant
27 denies each and every allegation as it relates to Defendant and denies that
28 this action is appropriate for class or collective treatment.

1           e.     Answering paragraph 20(e) of the Complaint, Defendant
2    denies each and every allegation as it relates to Defendant and denies that
3    this action is appropriate for class or collective treatment.

4           f.     Answering paragraph 20(f) of the Complaint, Defendant
5    denies each and every allegation as it relates to Defendant and denies that
6    this action is appropriate for class or collective treatment.

7           g.     Answering paragraph 20(g) of the Complaint, Defendant
8    denies each and every allegation as it relates to Defendant and denies that
9    this action is appropriate for class or collective treatment.

10          h.     Answering paragraph 20(h) of the Complaint, Defendant
11   denies each and every allegation as it relates to Defendant and denies that
12   this action is appropriate for class or collective treatment.

13   **CLASS ACTION ALLEGATIONS**

14   21.   Answering paragraph 21 of the Complaint, this paragraph
15   contains Plaintiff's procedural allegations for maintaining a class action and
16   reiterates certain legal standards, to which no response is required.  To the
17   extent a substantive response is required, Defendant denies that this action
18   is appropriate for class or collective treatment.

19   22.   Answering paragraph 22 of the Complaint, this paragraph
20   contains Plaintiff's legal conclusions, to which no response is required.  To
21   the extent a substantive response is required, Defendant admits that the
22   claims alleged in the Complaint are based upon California law and that
23   Plaintiff seeks relief.   Except as so admitted, Defendant denies the
24   underlying allegations that any viable claims have arisen or that Plaintiff is
25   entitled to relief.

26   23.   Answering paragraph 23 of the Complaint, this paragraph
27   contains Plaintiff's procedural allegations for maintaining a class action, to
28   which no response is required.   To the extent a substantive response is

required, Defendant denies that this action is appropriate for class or collective treatment.

24.   Answering paragraph 24 of the Complaint, Defendant admits that Plaintiff was previously employed by Defendant as an hourly, non-exempt employee for a portion of the time period alleged in paragraph 23. Defendant denies that this action is appropriate for class or collective treatment.

25.   Answering paragraph 25 of the Complaint, this paragraph contains Plaintiff's procedural allegations for maintaining a class action, to which no response is required.  To the extent a substantive response is required, Defendant denies that this action is appropriate for class or collective treatment.

26.   Answering paragraph 26 of the Complaint, including all subparts, this paragraph contains Plaintiff's procedural allegations for maintaining a class action, reiterates certain legal standards and makes legal conclusions, to which no response is required.  To the extent a substantive response is required, Defendant denies that this action is appropriate for class or collective treatment and denies each and every conclusion alleged by Plaintiff.  Defendant denies that the proposed class is so numerous that joinder is unfeasible or impractical. Defendant denies that there is a shared, well-defined community of interest. Defendant denies that Plaintiff's claims and any defenses are typical.  Defendant denies that Plaintiff is adequate to represent the putative class.   Defendant denies that a class action is superior to other available methods for the fair and efficient adjudication of the controversy.

a.   Answering paragraph 26(a), Defendant denies that the proposed class is so numerous that joinder is unfeasible or impractical.  As to the remaining allegations, Defendant lacks sufficient knowledge or

DEFENDANT'S ANSWER TO PLAINTIFF'S
UNVERIFIED CLASS ACTION COMPLAINT

information to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies each and every allegation as it relates to Defendant.

b.    Answering paragraph 26(b), Defendant denies each and every allegation as it relates to Defendant.

c.    Answering paragraph 26(c), Defendant denies that Plaintiff is adequate to represent the putative class, that there is a shared, well-defined community of interest and that Plaintiff's claims and any defenses are typical. As to the remaining allegations, Defendant lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies each and every allegation as it relates to Defendant.

d.    Answering paragraph 26(d), Defendant denies each and every allegation as it relates to Defendant.

e.    Answering paragraph 26(e), Defendant denies that this action is appropriate for class or collective treatment and denies each and every allegation and conclusion alleged by Plaintiff as it relates to this action and Defendant.

27.    Answering paragraph 27 of the Complaint, including all subparts, this paragraph contains Plaintiff's procedural allegations for maintaining a class action, reiterates certain legal standards and makes legal conclusions, to which no response is required.  To the extent a substantive response is required, Defendant denies that this action is appropriate for class or collective treatment.  Defendant denies that it violated any law, denies that there are common questions of any law and/or fact, and denies any common questions that do exist predominate over the individual issues.

a.    Answering paragraph 27(a), Defendant denies each and every allegation as it relates to Defendant.

DEFENDANT'S ANSWER TO PLAINTIFF'S
UNVERIFIED CLASS ACTION COMPLAINT

1           b.    Answering paragraph 27(b), Defendant denies each and

2    every allegation as it relates to Defendant.

3           c.    Answering paragraph 27(c), Defendant denies each and

4    every allegation as it relates to Defendant.

5           d.    Answering paragraph 27(d), Defendant denies each and

6    every allegation as it relates to Defendant.

7           e.    Answering paragraph 27(e), Defendant denies each and

8    every allegation as it relates to Defendant.

9           f.    Answering paragraph 27(f), Defendant denies each and

10   every allegation as it relates to Defendant.

11          g.    Answering paragraph 27(g), Defendant denies each and

12   every allegation as it relates to Defendant.

13       28.    Answering paragraph 28 of the Complaint, including all subparts,

14   this paragraph contains Plaintiff's procedural allegations for maintaining a

15   class action, reiterates certain legal standards and makes legal conclusions,

16   to which no response is required.  To the extent a substantive response is

17   required, Defendant denies that this action is appropriate for class or

18   collective treatment and denies each and every conclusion alleged by

19   Plaintiff.  Defendant denies that the proposed class is so numerous that

20   joinder is unfeasible or impractical. Defendant denies that there is a shared,

21   well-defined community of interest. Defendant denies that Plaintiff's claims

22   and any defenses are typical.  Defendant denies that Plaintiff is adequate to

23   represent the putative class.  Defendant denies that a class action is

24   superior to other available methods for the fair and efficient adjudication of

25   the controversy.  Defendant denies that it violated any law, denies that there

26   are common questions of any law and/or fact, and denies any common

27   questions that do exist predominate over the individual issues.

28   / / /

DEFENDANT'S ANSWER TO PLAINTIFF'S
UNVERIFIED CLASS ACTION COMPLAINT

a.     Answering paragraph 28(a), Defendant denies each and every allegation as it relates to Defendant.

b.     Answering paragraph 28(b), Defendant denies each and every allegation as it relates to Defendant.

c.     Answering paragraph 28(c), Defendant denies each and every allegation as it relates to Defendant.

d.     Answering paragraph 28(d), Defendant denies each and every allegation as it relates to Defendant.

e.     Answering paragraph 28(e), Defendant denies each and every allegation as it relates to Defendant.

f.     Answering paragraph 28(f) including subparts 1 and 2, Defendant denies each and every allegation as it relates to Defendant.

g.     Answering paragraph 28(g), Defendant denies each and every allegation as it relates to Defendant.

29.   Answering paragraph 29 of the Complaint, this paragraph contains Plaintiff's procedural allegations for maintaining a class action, to which no response is required.  To the extent a substantive response is required, Defendant denies that this action is appropriate for class or collective treatment.

## **FIRST CAUSE OF ACTION**

**(Against all Defendants for Failure to Pay Minimum Wages for All Hours Worked)**

30.   In answering Paragraph 30 of the Complaint, Defendant specifically incorporates by reference its answers to each of the foregoing paragraphs of Plaintiffs' Complaint as though fully set forth herein.

31.   In answering Paragraph 31 of the Complaint, this paragraph contains Plaintiff's allegations paraphrasing what appears to be statutory language and/or case law to which no response is required. To the extent a

substantive response is deemed required, Defendant lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in this paragraph, and, on that basis, denies each and every allegation, except to refer to the language of the referenced statute and other laws, which speak for themselves.

32.    Answering paragraph 32 of the Complaint, this paragraph contains Plaintiff's allegations paraphrasing a statute and Wage Order(s) to which no response is required. To the extent a substantive response is deemed required, Defendant lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in this paragraph, and, on that basis, denies each and every allegation, except to refer to the language of the referenced statutes and Wage Order(s), which speak for themselves.  Except as otherwise stated, Defendant denies each and every allegation as it relates to Defendant.  Defendant further denies that this action is appropriate for class or collective treatment.

33.    Answering paragraph 33 of the Complaint, Defendant denies each and every allegation as it relates to Defendant.  Defendant further denies that this action is appropriate for class or collective treatment.

34.    Answering paragraph 34 of the Complaint, Defendant denies each and every allegation as it relates to Defendant.  Defendant further denies that this action is appropriate for class or collective treatment.

35.    Answering paragraph 35 of the Complaint, Defendant denies each and every allegation as it relates to Defendant.  Defendant further denies that this action is appropriate for class or collective treatment.

36.    Answering paragraph 36 of the Complaint, this paragraph contains Plaintiff's allegations paraphrasing a statute to which no response is required. To the extent a substantive response is deemed required, Defendant lacks sufficient knowledge or information to form a belief as to the

truthfulness of the allegations contained in the foregoing portion of the paragraph, and, on that basis, denies each and every allegation, except to refer to the language of the referenced statute, which speaks for itself. Except as otherwise specified, Defendant denies each and every allegation as it relates to Defendant. Defendant further denies that this action is appropriate for class or collective treatment.

37. Answering paragraph 37 of the Complaint, this paragraph contains Plaintiff's allegations paraphrasing a statute to which no response is required. To the extent a substantive response is deemed required, Defendant lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in the foregoing portion of the paragraph, and, on that basis, denies each and every allegation, except to refer to the language of the referenced statute, which speaks for itself. Except as otherwise specified, Defendant denies each and every allegation as it relates to Defendant and denies that Plaintiff and purported class members are entitled to any relief whatsoever by virtue of the claims in the Complaint. Defendant further denies that this action is appropriate for class or collective treatment.

38. In answering Paragraph 38 of the Complaint, this paragraph contains Plaintiff's allegations paraphrasing a statute to which no response is required. To the extent a substantive response is deemed required, Defendant lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in the foregoing portion of the paragraph, and, on that basis, denies each and every allegation, except to refer to the language of the referenced statute, which speaks for itself. Except as otherwise specified, Defendant denies each and every allegation as it relates to Defendant. Defendant further denies that this action is appropriate for class or collective treatment.

39.   Answering paragraph 39 of the Complaint, Defendant denies each and every allegation as it relates to Defendant and denies that Plaintiff and purported class members are entitled to any relief whatsoever by virtue of the claims in the Complaint.  Defendant further denies that this action is appropriate for class or collective treatment.

## SECOND CAUSE OF ACTION

### (Against all Defendants for Failure to Pay Overtime Wages)

40.   In answering Paragraph 40 of the Complaint, Defendant specifically incorporates by reference its answers to each of the foregoing paragraphs of Plaintiffs' Complaint as though fully set forth herein.

41.   In answering Paragraph 41 of the Complaint, this paragraph contains Plaintiff's allegations paraphrasing a statute to which no response is required. To the extent a substantive response is deemed required, Defendant lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in the paragraph, and, on that basis, denies each and every allegation, except to refer to the language of the referenced statute, which speaks for itself.

42.   In answering Paragraph 42 of the Complaint, this paragraph contains Plaintiff's allegations paraphrasing statutes to which no response is required. To the extent a substantive response is deemed required, Defendant lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in the paragraph, and, on that basis, denies each and every allegation, except to refer to the language of the referenced statutes, which speak for themselves.

43.   In answering Paragraph 43 of the Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in the paragraph, and, on that basis, denies each and every allegation.  Defendant further denies that this action is appropriate

for class or collective treatment.

44.   In answering Paragraph 44 of the Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in the paragraph that Plaintiff and the Class are regularly required to work overtime hours, and, on that basis, denies each and every allegation.   Except as otherwise stated, Defendant denies each and every allegation as it relates to Defendant.   Defendant further denies that this action is appropriate for class or collective treatment.

45.   In answering Paragraph 45 of the Complaint, Defendant denies each and every allegation as it relates to Defendant.   Defendant further denies that this action is appropriate for class or collective treatment.

46.   In answering Paragraph 46 of the Complaint, this paragraph contains Plaintiff's allegations paraphrasing a statute to which no response is required. To the extent a substantive response is deemed required, Defendant lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in the foregoing portion of the paragraph, and, on that basis, denies each and every allegation, except to refer to the language of the referenced statute, which speaks for itself. Except as otherwise stated, Defendant denies each and every allegation as it relates to Defendant.   Defendant further denies that this action is appropriate for class or collective treatment.

47.   In answering Paragraph 47 of the Complaint, this paragraph contains Plaintiff's allegations paraphrasing statutes to which no response is required. To the extent a substantive response is deemed required, Defendant lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in the foregoing portion of the paragraph, and, on that basis, denies each and every allegation, except to refer to the language of the referenced statutes, which speak for themselves.

DEFENDANT'S ANSWER TO PLAINTIFF'S
UNVERIFIED CLASS ACTION COMPLAINT

Except as otherwise stated, Defendant denies each and every allegation as it relates to Defendant and denies that Plaintiff and purported class members are entitled to any relief whatsoever by virtue of the claims in the Complaint. Defendant further denies that this action is appropriate for class or collective treatment.

48. In answering Paragraph 48 of the Complaint, this paragraph contains Plaintiff's allegations paraphrasing a statute and Wage Order(s) to which no response is required. To the extent a substantive response is deemed required, Defendant lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in the foregoing portion of the paragraph, and, on that basis, denies each and every allegation, except to refer to the language of the referenced statute and Wage Order(s), which speaks for itself.  Except as otherwise specified, Defendant denies each and every allegation as it relates to Defendant and denies that Plaintiff and purported class members are entitled to any relief whatsoever by virtue of the claims in the Complaint.  Defendant further denies that this action is appropriate for class or collective treatment.

## <u>THIRD CAUSE OF ACTION</u>

### (Against All Defendants for Failure to Provide Meal Periods)

49. In answering Paragraph 49 of the Complaint, Defendant specifically incorporates by reference its answers to each of the foregoing paragraphs of Plaintiffs' Complaint as though fully set forth herein.

50. In answering Paragraph 50 of the Complaint, this paragraph contains Plaintiff's allegations paraphrasing a statute and Wage Order(s) to which no response is required. To the extent a substantive response is deemed required, Defendant lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in the foregoing portion of the paragraph, and, on that basis, denies each and

every allegation, except to refer to the language of the referenced statute and Wage Order(s), which speak for themselves.

51.   In answering Paragraph 51 of the Complaint, this paragraph contains Plaintiff's allegations paraphrasing a statute and Wage Order(s) to which no response is required. To the extent a substantive response is deemed required, Defendant lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in the foregoing portion of the paragraph, and, on that basis, denies each and every allegation, except to refer to the language of the referenced statute and Wage Order(s), which speak for themselves.   Except as otherwise specified, Defendant denies each and every allegation as it relates to Defendant.  Defendant further denies that this action is appropriate for class or collective treatment.

52.   In answering Paragraph 52 of the Complaint, this paragraph contains Plaintiff's allegations paraphrasing a statute to which no response is required. To the extent a substantive response is deemed required, Defendant lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in the foregoing portion of the paragraph, and, on that basis, denies each and every allegation, except to refer to the language of the referenced statute, which speaks for itself. Except as otherwise specified, Defendant denies each and every allegation as it relates to Defendant and denies that Plaintiff and purported class members are entitled to any relief whatsoever by virtue of the claims in the Complaint. Defendant further denies that this action is appropriate for class or collective treatment.

/ / /

/ / /

/ / /

#1134970                    DEFENDANT'S ANSWER TO PLAINTIFF'S
                          UNVERIFIED CLASS ACTION COMPLAINT

## FOURTH CAUSE OF ACTION

### (Against All Defendants for Failure to Authorize and Permit Rest Periods)

53.    In answering Paragraph 53 of the Complaint, Defendant specifically incorporates by reference its answers to each of the foregoing paragraphs of Plaintiffs' Complaint as though fully set forth herein.

54.    In answering Paragraph 54 of the Complaint, in answering Paragraph 50 of the Complaint, this paragraph contains Plaintiff's allegations paraphrasing statutes and Wage Order(s) to which no response is required. To the extent a substantive response is deemed required, Defendant lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in the foregoing portion of the paragraph, and, on that basis, denies each and every allegation, except to refer to the language of the referenced statutes and Wage Order(s), which speak for themselves.

55.    In answering Paragraph 55 of the Complaint, Defendant denies each and every allegation as it relates to Defendant.  Defendant further denies that this action is appropriate for class or collective treatment.

56.    In answering Paragraph 56 of the Complaint, this paragraph contains Plaintiff's allegations paraphrasing a statute to which no response is required. To the extent a substantive response is deemed required, Defendant lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in the foregoing portion of the paragraph, and, on that basis, denies each and every allegation, except to refer to the language of the referenced statute, which speaks for itself. Except as otherwise specified, Defendant denies each and every allegation as it relates to Defendant and denies that Plaintiff and purported class members are entitled to any relief whatsoever by virtue of the claims in the Complaint.  Defendant further denies that this action is appropriate for class

or collective treatment.

## FIFTH CAUSE OF ACTION

### (Against All Defendants for Failure to Indemnify Necessary Business Expenses)

57. In answering Paragraph 57 of the Complaint, Defendant specifically incorporates by reference its answers to each of the foregoing paragraphs of Plaintiffs' Complaint as though fully set forth herein.

58. In answering Paragraph 58 of the Complaint, this paragraph contains Plaintiff's allegations paraphrasing a statute and Wage Order(s) to which no response is required. To the extent a substantive response is deemed required, Defendant lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in the foregoing portion of the paragraph, and, on that basis, denies each and every allegation, except to refer to the language of the referenced statute and Wage Order(s), which speak for themselves. Except as otherwise specified, Defendant denies each and every allegation as it relates to Defendant. Defendant further denies that this action is appropriate for class or collective treatment.

59. In answering Paragraph 59 of the Complaint, Defendant denies each and every allegation as it relates to Defendant. Defendant further denies that this action is appropriate for class or collective treatment.

60. In answering Paragraph 60 of the Complaint, this paragraph contains Plaintiff's allegations paraphrasing statutes to which no response is required. To the extent a substantive response is deemed required, Defendant lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in the foregoing portion of the paragraph, and, on that basis, denies each and every allegation, except to refer to the language of the referenced statutes, which speaks for

themselves. Except as otherwise specified, Defendant denies each and every allegation as it relates to Defendant and denies that Plaintiff and purported class members are entitled to any relief whatsoever by virtue of the claims in the Complaint. Defendant further denies that this action is appropriate for class or collective treatment.

## SIXTH CAUSE OF ACTION

### (Against all Defendants for Failure to Pay Wages of Discharged Employees – Waiting Time Penalties)

61. In answering Paragraph 61 of the Complaint, Defendant specifically incorporates by reference its answers to each of the foregoing paragraphs of Plaintiffs' Complaint as though fully set forth herein.

62. In answering Paragraph 62 of the Complaint, this paragraph contains Plaintiff's allegations paraphrasing statutes to which no response is required. To the extent a substantive response is deemed required, Defendant lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in the foregoing portion of the paragraph, and, on that basis, denies each and every allegation, except to refer to the language of the referenced statutes, which speak for themselves.

63. In answering Paragraph 63 of the Complaint, this paragraph contains Plaintiff's allegations paraphrasing statutes to which no response is required. To the extent a substantive response is deemed required, Defendant lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in the foregoing portion of the paragraph, and, on that basis, denies each and every allegation, except to refer to the language of the referenced statutes, which speak for themselves. Defendant admits that Plaintiff and other employees have separated from employment during the applicable statute of limitations period. Except as otherwise specified, Defendant denies each and every allegation as it relates

DEFENDANT'S ANSWER TO PLAINTIFF'S
UNVERIFIED CLASS ACTION COMPLAINT

to Defendant.  Defendant further denies that this action is appropriate for class or collective treatment.

64.   In answering Paragraph 64 of the Complaint, Defendant denies each and every allegation as it relates to Defendant.  Defendant further denies that this action is appropriate for class or collective treatment.

65.   In answering Paragraph 65 of the Complaint, this paragraph contains Plaintiff's allegations paraphrasing a statute to which no response is required. To the extent a substantive response is deemed required, Defendant lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in the foregoing portion of the paragraph, and, on that basis, denies each and every allegation, except to refer to the language of the referenced statute, which speaks for itself.

66.   In answering Paragraph 66 of the Complaint, this paragraph contains Plaintiff's allegations paraphrasing a statute to which no response is required. To the extent a substantive response is deemed required, Defendant lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in the foregoing portion of the paragraph, and, on that basis, denies each and every allegation, except to refer to the language of the referenced statute, which speaks for itself. Except as otherwise specified, Defendant denies each and every allegation as it relates to Defendant and denies that Plaintiff and purported class members are entitled to any relief whatsoever by virtue of the claims in the Complaint.  Defendant further denies that this action is appropriate for class or collective treatment.

67.   In answering Paragraph 67 of the Complaint, this paragraph contains Plaintiff's allegations paraphrasing statutes to which no response is required. To the extent a substantive response is deemed required, Defendant lacks sufficient knowledge or information to form a belief as to the

DEFENDANT'S ANSWER TO PLAINTIFF'S
UNVERIFIED CLASS ACTION COMPLAINT

truthfulness of the allegations contained in the foregoing portion of the paragraph, and, on that basis, denies each and every allegation, except to refer to the language of the referenced statutes, which speak for themselves. Except as otherwise specified, Defendant denies each and every allegation as it relates to Defendant and denies that Plaintiff and purported class members are entitled to any relief whatsoever by virtue of the claims in the Complaint. Defendant further denies that this action is appropriate for class or collective treatment.

## SEVENTH CAUSE OF ACTION

### (Against all Defendants for Failure to Provide and Maintain Accurate and Compliant Wage Records)

68.   In answering Paragraph 68 of the Complaint, Defendant specifically incorporates by reference its answers to each of the foregoing paragraphs of Plaintiffs' Complaint as though fully set forth herein.

69.   In answering Paragraph 69 of the Complaint, this paragraph contains Plaintiff's allegations paraphrasing a statute to which no response is required. To the extent a substantive response is deemed required, Defendant lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in the foregoing portion of the paragraph, and, on that basis, denies each and every allegation, except to refer to the language of the referenced statute, which speaks for itself.

70.   In answering Paragraph 70 of the Complaint, Defendant denies each and every allegation as it relates to Defendant. Defendant further denies that this action is appropriate for class or collective treatment.

71.   In answering Paragraph 71 of the Complaint, Defendant denies each and every allegation as it relates to Defendant. Defendant further denies that this action is appropriate for class or collective treatment.

/ / /

22

72.   In answering Paragraph 72 of the Complaint, Defendant denies each and every allegation as it relates to Defendant. Defendant further denies that this action is appropriate for class or collective treatment.

73.   In answering Paragraph 73 of the Complaint, Defendant denies each and every allegation as it relates to Defendant.  Defendant further denies that this action is appropriate for class or collective treatment.

74.   In answering Paragraph 74 of the Complaint, Defendant denies each and every allegation as it relates to Defendant and denies that Plaintiff and purported class members are entitled to any relief whatsoever by virtue of the claims in the Complaint.  Defendant further denies that this action is appropriate for class or collective treatment.

75.   In answering Paragraph 75 of the Complaint, Defendant denies each and every allegation as it relates to Defendant and denies that Plaintiff and purported class members are entitled to any relief whatsoever by virtue of the claims in the Complaint.  Defendant further denies that this action is appropriate for class or collective treatment.

## EIGHTH CAUSE OF ACTION

### (Against all Defendants for Violation of California Business & Professions Code §§ 17200, et seq.)

76.   In answering Paragraph 76 of the Complaint, Defendant specifically incorporates by reference its answers to each of the foregoing paragraphs of Plaintiffs' Complaint as though fully set forth herein.

77.   In answering Paragraph 77 of the Complaint, this paragraph contains Plaintiff's allegations paraphrasing a statute to which no response is required. To the extent a substantive response is deemed required, Defendant lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in the foregoing portion of the paragraph, and, on that basis, denies each and every allegation, except to

refer to the language of the referenced statute, which speaks for itself.

78.   In answering Paragraph 78 of the Complaint, Defendant denies each and every allegation as it relates to Defendant.   Defendant further denies that this action is appropriate for class or collective treatment.

79.   In answering Paragraph 79 of the Complaint, Defendant denies each and every allegation as it relates to Defendant.   Defendant further denies that this action is appropriate for class or collective treatment.

80.   In answering Paragraph 80 of the Complaint, this paragraph contains Plaintiff's allegations paraphrasing a statute to which no response is required. To the extent a substantive response is deemed required, Defendant lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations contained in the foregoing portion of the paragraph, and, on that basis, denies each and every allegation, except to refer to the language of the referenced statute, which speaks for itself. Except as otherwise specified, Defendant denies each and every allegation as it relates to Defendant.   Defendant further denies that this action is appropriate for class or collective treatment.

81.   In answering Paragraph 81 of the Complaint, Defendant denies each and every allegation as it relates to Defendant.   Defendant further denies that this action is appropriate for class or collective treatment.

82.   In answering Paragraph 82 of the Complaint, Defendant denies each and every allegation as it relates to Defendant.   Defendant further denies that this action is appropriate for class or collective treatment.

83.   In answering Paragraph 83 of the Complaint, Defendant denies each and every allegation as it relates to Defendant.   Defendant further denies that this action is appropriate for class or collective treatment.

84.   In answering Paragraph 84 of the Complaint, Defendant denies each and every allegation as it relates to Defendant.   Defendant further

DEFENDANT'S ANSWER TO PLAINTIFF'S
UNVERIFIED CLASS ACTION COMPLAINT

denies that this action is appropriate for class or collective treatment.

85.   In answering Paragraph 85 of the Complaint, Defendant denies each and every allegation as it relates to Defendant.   Defendant further denies that this action is appropriate for class or collective treatment.

86.   In answering Paragraph 86 of the Complaint, Defendant denies each and every allegation as it relates to Defendant.   Defendant further denies that this action is appropriate for class or collective treatment.

87.   In answering Paragraph 87 of the Complaint, Defendant denies each and every allegation as it relates to Defendant.   Defendant further denies that this action is appropriate for class or collective treatment.

88.   In answering Paragraph 88 of the Complaint, Defendant denies each and every allegation as it relates to Defendant.   Defendant further denies that this action is appropriate for class or collective treatment.

89.   In answering Paragraph 89 of the Complaint, Defendant denies each and every allegation as it relates to Defendant.   Defendant further denies that this action is appropriate for class or collective treatment.

90.   In answering Paragraph 90 of the Complaint, Defendant denies each and every allegation as it relates to Defendant and denies that Plaintiff and purported class members are entitled to any relief whatsoever by virtue of the claims in the Complaint.   Defendant further denies that this action is appropriate for class or collective treatment.

91.   In answering Paragraph 91 of the Complaint, Defendant denies each and every allegation as it relates to Defendant and denies that Plaintiff and purported class members are entitled to any relief whatsoever by virtue of the claims in the Complaint.   Defendant further denies that this action is appropriate for class or collective treatment.

92.   In answering Paragraph 92 of the Complaint, Defendant denies each and every allegation as it relates to Defendant and denies that Plaintiff

and purported class members are entitled to any relief whatsoever by virtue of the claims in the Complaint.  Defendant further denies that this action is appropriate for class or collective treatment.

93.   In answering Paragraph 93 of the Complaint, Defendant denies each and every allegation as it relates to Defendant and denies that Plaintiff and purported class members are entitled to any relief whatsoever by virtue of the claims in the Complaint.  Defendant further denies that this action is appropriate for class or collective treatment.

94.   In answering Paragraph 94 of the Complaint, Defendant denies each and every allegation as it relates to Defendant and denies that Plaintiff and purported class members are entitled to any relief whatsoever by virtue of the claims in the Complaint.  Defendant further denies that this action is appropriate for class or collective treatment.

## PRAYER FOR RELIEF

95.   The remainder of Plaintiff's Complaint constitutes Plaintiff's prayer for relief, to which no response is required. To the extent a substantive response is required, Defendant denies each and every allegation contained therein as it relates to Defendant and specifically denies that Plaintiff or any individuals on whose behalf Plaintiff purports to bring this action are entitled to any relief whatsoever.  Defendant further denies that this action is appropriate for class or collective treatment.

## DEMAND FOR JURY TRIAL

96.   Defendant admits that Plaintiff purports to demand a jury trial, but denies the Plaintiff's right to a trial by jury on all issues, and specifically, on any claims for equitable relief and/or on any other issues as to which a jury is not permitted as of right.

/ / /

/ / /

#1134970                    DEFENDANT'S ANSWER TO PLAINTIFF'S
                            UNVERIFIED CLASS ACTION COMPLAINT

## AFFIRMATIVE DEFENSES

97.   Without waiving any of the foregoing, as separate and distinct affirmative defenses to the Complaint, Defendant alleges as follows:

## FIRST AFFIRMATIVE DEFENSE

### (Failure To State A Cause Of Action)

98.   Neither the Complaint nor any purported cause of action alleged therein states facts sufficient to constitute a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

### (Uncertainty)

99.   The Complaint and each cause of action therein are uncertain in that it is impossible to determine from the Complaint which of the alleged acts of each Defendant caused the injuries alleged in the Complaint.

## THIRD AFFIRMATIVE DEFENSE

### (Statutes Of Limitation)

100.  Any recovery on Plaintiff's Complaint is barred by the applicable statutes of limitation, including but not limited to, California Business and Professions Code section 17208; California Code of Civil Procedure sections 337, 338, 339, 340 and 343, and California Labor Code section 203, and each subdivision of each of these sections, and any other applicable statutes of limitation.

## FOURTH AFFIRMATIVE DEFENSE

### (Failure to Arbitrate)

101.  This Court has no jurisdiction over the subject matter of any of the purported causes of action alleged therein, because the controversies alleged in the Complaint and each purported cause of action therein are subject to a written agreement to arbitrate.

/ / /

## FIFTH AFFIRMATIVE DEFENSE

### (Standing)

102. The Complaint and each purported cause of action therein is barred to the extent the Plaintiff lacks standing.

## SIXTH AFFIRMATIVE DEFENSE

### (Privileged, Good Faith and Justified Conduct)

103. Any recovery on Plaintiff's Complaint is barred because Defendant's conduct was privileged and/or justified under California law and for valid business reasons.

## SEVENTH AFFIRMATIVE DEFENSE

### (Defense of Payment)

104. Plaintiff's claims, or some of them, are barred, in whole or in part, by the defense of payment.

## EIGHTH AFFIRMATIVE DEFENSE

### (Defendant's Duties Fulfilled)

105. The Complaint, and each purported cause of action alleged therein, is barred, in whole or in part, because, at all relevant times, Defendant satisfied all legal obligations it might have had to Plaintiff, if any.

## NINTH AFFIRMATIVE DEFENSE

### (Release)

106. Plaintiff has released the claims Plaintiff attempts to raise in the Complaint herein, and therefore is barred from bringing this action.

## TENTH AFFIRMATIVE DEFENSE

### (Conduct of Other Parties)

107. The Complaint and each cause of action therein are barred because any injury, loss or damage which Plaintiff has alleged in the Complaint, if any has occurred, which Defendant denies, such injury, loss or damage was caused solely or in part by persons, firms, corporations or

entities other than Defendant.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Ratification and Consent)

108. The alleged conduct of Defendant complained of in the Complaint was approved, consented to, authorized, and/ or ratified by Plaintiff through Plaintiff's actions, omissions and course of conduct; accordingly, the Complaint, and each purported cause of action therein, is barred.

## TWELFTH AFFIRMATIVE DEFENSE

### (Full Compliance with All Applicable Labor Codes and Laws)

109. The Complaint and each cause of action contained therein fails to state a cause of action sufficient to permit Plaintiff any recovery because Defendant fully and timely paid all wages due and owing, and/or otherwise complied with all applicable Labor Code sections, related laws and regulations, and Plaintiff has received from Defendant all income and wages to which he has ever been entitled.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Receipt of Wages)

110. Plaintiff's Complaint, and each purported cause of action related to Defendant's alleged violations of California's various wage and hour laws, are barred in whole or in part because Plaintiff has received from Defendant all income and wages to which he has ever been entitled.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (No Failure to Pay Wages)

111. Plaintiff cannot maintain any cause of action pertaining to unpaid wages, because Defendant has never wrongfully withheld from Plaintiff any wages to which he has ever been entitled.

/ / /

DEFENDANT'S ANSWER TO PLAINTIFF'S
UNVERIFIED CLASS ACTION COMPLAINT

## FIFTEENTH AFFIRMATIVE DEFENSE

### (No Meal or Rest Break Violations)

112. Plaintiff's claims, or some of them, are barred because Defendant complied with all applicable provisions of the California Labor Code, the Wage Orders of the California Industrial Welfare Commission, and/or applicable federal law regarding the provision of meal periods and rest breaks.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Plaintiff's Failure to Follow Directions)

113.  Defendant alleges that any failure on Plaintiff's part to take meal and/or rest periods and to comply with Defendant's time recording and overtime policies and requirements was the result of Plaintiff's failure to follow Defendant's reasonable instructions.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Failure to Accurately Report Hours Worked)

114. Plaintiff and all purported aggrieved employees did not accurately report the hours for which they seek allegedly unpaid wages and are, therefore, barred from seeking to recover any such amounts from Defendant.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (No Overtime Violations)

115. Plaintiff's claims, or some of them, are barred because Defendant has never wrongfully withheld from Plaintiff any overtime wages to which Plaintiff has ever been entitled.  Furthermore, any recovery on Plaintiff's Complaint with respect to the allegations of failure to pay overtime wages is barred and or limited by the California Labor Code, the applicable Wage Orders of the California Industrial Welfare Commission, and/or applicable federal law.

## NINETEENTH AFFIRMATIVE DEFENSE

### (Good Faith)

116.  Plaintiff is not entitled to any penalty award under any California Labor Code provision because at all relevant and material times, Defendant acted in good faith and had reasonable grounds for believing that there was no violation of the California Labor Code.

## TWENTIETH AFFIRMATIVE DEFENSE

### (Payment of All Wages at Termination)

117.  The Complaint and each cause of action therein are barred because Plaintiff was paid all wages due at the time of Plaintiff's separation from employment pursuant to California Labor Code sections 201 and 202.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

### (Good Faith Dispute)

118.  The Complaint does not state facts sufficient to constitute a claim for waiting time penalties under California Labor Code section 203 to the extent that certain individuals whom Plaintiff seeks to represent did not resign or were not discharged prior to filing of this action, or was still employed at the time this action was filed and because there is a bona fide, good faith dispute with respect to Defendant's obligation to pay wages that may be found to be due.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

### (Performance)

119.  Plaintiff's Complaint and each alleged cause of action is barred in whole or in part because any obligation by Defendant, whether contractual or otherwise, which Plaintiff is owed, has been fully performed, satisfied or discharged.

/ / /

/ / /

## TWENTY-THIRD AFFIRMATIVE DEFENSE

### (All Business Expenses Reimbursed)

120.  Defendant is informed and believes, and on that basis alleges, that Plaintiff's claim under Labor Code section 2802 is barred, in whole or in part, because, at all relevant times, Defendant reimbursed Plaintiff for the reasonable costs of expenses incurred in the discharge of Plaintiff's duties and/or did not otherwise require Plaintiff to bear such costs.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

### (Estoppel)

121.  Any of the conduct of Defendant that is alleged to be unlawful was taken as a result of conduct by Plaintiff, and Plaintiff is thus estopped from asserting any cause of action against Defendant.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

122.  Plaintiff is barred from maintaining the Complaint and each purported cause of action therein as a result of Plaintiff's unclean hands with respect to the events upon which the Complaint and purported causes of action allegedly are based.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

### (Waiver)

123.  Plaintiff has waived whatever right Plaintiff may have had from asserting the purported claims contained in the Complaint and each purported cause of action thereof against Defendant.

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

### (Laches)

124.  Plaintiff is barred by the doctrine of laches from pursuing the Complaint and each purported cause of action therein by reason of Plaintiff's inexcusable and unreasonable delay in filing the Complaint.

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE

### (Misrepresentation)

125.  Any of the conduct of Defendant or its agents which is alleged to be unlawful was taken as a result of misrepresentations by Plaintiff.

## TWENTY-NINTH AFFIRMATIVE DEFENSE

### (Frivolous Claims)

126.  Plaintiff's Complaint, and each purported cause of action therein, was not brought in good faith and is frivolous.   Therefore, the relief requested is precluded and Defendant is entitled to recover its reasonable expenses, including attorneys' fees, incurred herein as a matter of law pursuant to this court's inherent authority and California Code of Civil Procedure section 128.7.

## THIRTIETH AFFIRMATIVE DEFENSE

### (No Willful Conduct)

127.  Defendant's failure, if any, to comply with the Labor Code was not willful and therefore not subject to penalties.

## THIRTY-FIRST AFFIRMATIVE DEFENSE

### (No Knowing and/or Willful Violation)

128.  The Complaint and each cause of action therein are barred because any act or omission of Defendant were not knowing, willful, malicious or intentional.

## THIRTY-SECOND AFFIRMATIVE DEFENSE

### (Wage Statements)

129.  To the extent Defendant issued any wage statements that did not comply with all legal requirements, although such is not admitted here, Defendant did not knowingly and intentionally issue such statements within the meaning of California Labor Code Section 226(e).

/ / /

## THIRTY-THIRD AFFIRMATIVE DEFENSE

### (No Relief Under Unfair Competition Cause of Action)

130.  Without admitting any facts pled by Plaintiff, to the extent Plaintiff maintains an unfair competition cause of action and to the extent that a four-year statute of limitations period applied to it under Business and Professions Code section 17208, Plaintiff would not be entitled to "restitution" for that period, as that term is defined in Korea Supply Co. v. Lockheed Martin Corp. (2003) 29 Cal.4th 1134, 1148.

## THIRTY-FOURTH AFFIRMATIVE DEFENSE

### (No "Unlawful, Unfair, or Fraudulent" Conduct)

131.  Plaintiff's Complaint is barred, in whole or in part, because the conduct of Defendant was not "unfair," "unlawful," or "fraudulent," as defined under the California Business and Professions Code and the public was not and would not likely have been deceived by any such alleged practices, Defendant would have gained no competitive advantage by engaging in such alleged practices, and the benefits of the alleged practices outweighed any harm or other impact they might have caused.

## THIRTY-FIFTH AFFIRMATIVE DEFENSE

### (Not Likely To Mislead Public)

132.  The Complaint is barred in whole or in part because the conduct of Defendant as alleged in the Complaint is not likely to mislead the public as that phrase is defined under the California Business and Professions Code.

## THIRTY-SIXTH AFFIRMATIVE DEFENSE

### (Defense to Underlying Action)

133.  All defenses to Plaintiff's underlying claims under the Labor Code also constitute a defense to Plaintiff's cause of action for violation of California Business and Professions Code section 17200.

/ / /

DEFENDANT'S ANSWER TO PLAINTIFF'S
UNVERIFIED CLASS ACTION COMPLAINT

## THIRTY-SEVENTH AFFIRMATIVE DEFENSE

### (Offset or Reduction)

134.  The Complaint and each cause of action therein are barred, or recovery thereunder is limited or reduced because Defendant is entitled to an offset or reduction in the amount of any award or remedy Plaintiff may recover as it has paid Plaintiff certain amounts according to proof at time of trial.

## THIRTY-EIGHTH AFFIRMATIVE DEFENSE

### (No Injury or Damage)

135.  Plaintiff did not sustain any injury or damage by reason of any of the acts alleged in Plaintiff's Complaint.

## THIRTY-NINTH AFFIRMATIVE DEFENSE

### (Failure To Mitigate Damages)

136.  If Plaintiff suffered any damages as a result of the facts alleged in the Complaint, which Defendant denies, Plaintiff is not entitled to recover the amount of damages alleged or any damages due to Plaintiff's failure to make reasonable efforts to mitigate or minimize the damages incurred.

## FORTIETH AFFIRMATIVE DEFENSE

### (Acts or Omissions of Plaintiff)

137.  The Complaint, and each purported cause of action therein, is barred to the extent that damages, if any, resulted from the acts and/or omissions of Plaintiff.

## FORTY-FIRST AFFIRMATIVE DEFENSE

### (Acts Outside Course and Scope of Agency Relationship)

138.  Any allegedly wrongful acts alleged to have been performed by agents of Defendant, if any, were made outside the course and scope of such agents' agency relationship with Defendant and were not authorized, adopted, or ratified by Defendant.   Accordingly, Plaintiff is barred from

DEFENDANT'S ANSWER TO PLAINTIFF'S
UNVERIFIED CLASS ACTION COMPLAINT

asserting any claim for relief against Defendant based on said allegedly wrongful acts alleged to have been performed by Defendant's agents.

## FORTY-SECOND AFFIRMATIVE DEFENSE

### (Acts Not Ratified by Defendant)

139.  Any allegedly wrongful acts alleged to have been performed by agents of Defendant, if any, were in violation of the internal policies, procedures, rules and regulations of Defendant and were not authorized, adopted, or ratified by Defendant.   Accordingly, Plaintiff is barred from asserting any claim for relief against Defendant based on said allegedly wrongful acts alleged to have been performed by Defendant's agents.

## FORTY-THIRD AFFIRMATIVE DEFENSE

### (No Causation)

140. Plaintiff is barred from relief to the extent the Complaint, and each purported cause of action asserted therein, cannot be maintained against Defendant because any alleged losses or harms sustained by Plaintiff, if any, which Defendant denies, resulted from causes other than any act or omission of Defendant.

## FORTY-FOURTH AFFIRMATIVE DEFENSE

### (No Attorneys' Fees)

141.  Plaintiff is not entitled to recover attorneys' fees under California Code of Civil Procedure section 1021.5 because the primary effect of the lawsuit is to advance or vindicate Plaintiff's personal economic interest. Weeks v. Baker (1998) 63 Cal.App.4th 1128.

## FORTY-FIFTH AFFIRMATIVE DEFENSE

### (Penalties)

142.  The Complaint fails to allege facts sufficient to establish a claim for penalties.

/ / /

## FORTY-SIXTH AFFIRMATIVE DEFENSE

## (Failure to Exhaust Administrative Remedies)

143.  Plaintiff's Complaint, and each purported cause of action alleged therein, are barred, in whole or in part, to the extent Plaintiff and any person on whose behalf relief is sought, failed to properly exhaust the administrative remedies available to them under California or federal law.

## FORTY-SEVENTH AFFIRMATIVE DEFENSE

## (Unjust Enrichment)

144.  Plaintiff's claim for penalties is barred to the extent that such penalties are sought in addition to other penalties or recovery for the same claims and such duplicative recovery is barred and constitutes unjust enrichment.

## FORTY-EIGHTH AFFIRMATIVE DEFENSE

## (Injunctive Relief)

145.  The Complaint fails to allege facts sufficient to state a claim for injunctive relief.

## FORTY-NINTH AFFIRMATIVE DEFENSE

## (Declaratory Relief)

146.  The Complaint, and each purported cause of action alleged therein, fail to allege facts sufficient to entitle Plaintiff to declaratory relief.

## FIFTIETH AFFIRMATIVE DEFENSE

## (Contributory Fault)

147.  Any recovery on Plaintiff's Complaint, or any purported cause of action alleged therein, is barred in whole or in part by Plaintiff's own contributory and/or comparative fault.

## FIFTY-FIRST AFFIRMATIVE DEFENSE

## (Attorneys' Fees)

148.  Defendant has engaged attorneys to represent it in defense of

DEFENDANT'S ANSWER TO PLAINTIFF'S
UNVERIFIED CLASS ACTION COMPLAINT

Plaintiff's claims, which on information and belief, was brought in bad faith, and is thereby entitled to an award of reasonable attorneys' fees upon judgment thereon in Defendant's favor.

## FIFTY-SECOND AFFIRMATIVE DEFENSE

### (Request for Jury)

149.  Plaintiff is not entitled to have equitable issues or matters of law tried to a jury, and Plaintiff's demand for a jury trial should be so limited.

## FIFTY-THIRD AFFIRMATIVE DEFENSE

### (Equitable Relief)

150.  Plaintiff's claims for equitable relief are barred because, to the extent Plaintiff is entitled to any remedy, which is not admitted hereby or herein, Plaintiff has an adequate remedy at law.

## FIFTY-FOURTH AFFIRMATIVE DEFENSE

### (*Res Judicata*, Bar And Merger)

151.  Plaintiff is barred by the doctrine of res judicata from asserting the Complaint and each purported cause of action therein, in that the matters alleged therein were previously litigated and determined.

## FIFTY-FIFTH AFFIRMATIVE DEFENSE

### (Prior Pending Action)

152.  Plaintiff is precluded from asserting the Complaint and each purported cause of action therein because there is a prior pending action between the same parties involving the same facts.

## FIFTY-SIXTH AFFIRMATIVE DEFENSE

### (Collateral Estoppel)

153.  Plaintiff is barred by the doctrine of collateral estoppel from asserting the Complaint and the purported cause of action therein.

/ / /

/ / /

## FIFTY-SEVENTH AFFIRMATIVE DEFENSE

### (Federal Preemption)

154. Plaintiff's claims, in whole or in part, fail as they are preempted and prohibited by Federal Law.

## FIFTY-EIGHTH AFFIRMATIVE DEFENSE

### (No Intent)

155. The Complaint is barred in whole or in part because the conduct of Defendant as alleged in the Complaint, if it occurred, lacked the requisite intent.

## FIFTY-NINTH AFFIRMATIVE DEFENSE

### (Class Certification Is Not Appropriate)

156. Defendant alleges that this suit may not be properly maintained as a class action because:

a.    The Complaint, and each cause of action stated therein, fails to state facts sufficient to constitute a class action against Defendant.

b.    Plaintiff has failed to plead, and cannot establish, the necessary procedural elements for class treatment.

c.    Defendant alleges that class action certification is not appropriate because common questions of law and/or fact will not predominate over individual questions of fact and/or law in raised in Plaintiff's Complaint.

d.    Defendant further alleges that Plaintiff is not an adequate representative of the purported class members of Plaintiff's Complaint or any cause of action asserted therein.

e.    A class action is not an appropriate method for the fair and efficient adjudication of the claims described in Plaintiff's Complaint, and class action treatment of this dispute is neither appropriate nor constitutional.

/ / /

DEFENDANT'S ANSWER TO PLAINTIFF'S
UNVERIFIED CLASS ACTION COMPLAINT

f.    The class action allegations are barred because Plaintiff's claims are not typical of the claims by the entire purported class and are subject to unique defenses by Defendant.

g.    The purported class members have signed valid and enforceable arbitration agreements with class action waivers which prevent class or collective action against Defendant, and which require the purported class members to individually arbitrate all causes of action asserted in the Complaint.

h.    There is no well-defined community of interest in the questions of law or fact affecting Plaintiff and the purported class members.

157.  Defendant alleges that it may have additional defenses available concerning whether Plaintiff's Complaint, or any cause of action stated therein, may be certified as a class action against Defendant.  Defendant reserves herein the right to assert additional affirmative defenses in the event Plaintiff or any purported class member seeks certification of Plaintiff's Complaint, or any cause of action stated therein, as a class action against Defendant.

## SIXTIETH AFFIRMATIVE DEFENSE
### (No Extraterritorial Effect)

158.  Plaintiff's causes of action, or some of them, are barred to the extent that Plaintiff seeks to apply certain provisions of the California Labor Code and/or other California laws or regulations extraterritorially because there is a general presumption that California Statutes and other laws and regulations are not given extraterritorial effect.

## SIXTY-FIRST AFFIRMATIVE DEFENSE
### (*Mendiola* Does Not Apply)

159.  Plaintiff's causes of action, or some of them, are barred because *Mendiola v. CPA Security Solutions, Inc.* (2015) 60 Cal. 4th 833 does not

40

apply to Industrial Welfare Commission Order ("Wage Order") No. 16.

## SIXTY-SECOND AFFIRMATIVE DEFENSE

### (Re-Allegation of All Defenses Against Class / Subclass Members)

160.  In the event that a class or subclass should be certified in this matter, Defendant incorporates by reference, and re-alleges, all of its defenses to Plaintiff's individual claims in response to Plaintiff's claims on behalf of the class and each class and/or subclass member.

## SIXTY-THIRD AFFIRMATIVE DEFENSE

### (Unstated Affirmative Defenses)

161.  Defendant hereby gives notice that it intends to rely upon such other and further affirmative defenses as may become available during discovery in this action and reserves the right to amend its Answer from asserting any such defenses.

**PRAYER FOR RELIEF:**

WHEREFORE, Defendant prays for relief as follows:

1.      That Plaintiff take nothing by reason of the Complaint and that the Complaint be dismissed with prejudice;

2.      That judgment be entered in favor of Defendant;

3.      For costs of suit incurred, including reasonable attorney fees pursuant to California Labor Code section 218.5; and

4.      For such other and further relief as the Court may deem just and proper.

Dated: August 26, 2022          **LightGabler**

By:  /s/ Kathleen M. Fellows
Chandra A. Beaton
Kathleen M. Fellows
Attorneys for Defendant
DCOR, LLC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2022, a copy of the foregoing **DEFENDANT DCOR, LLC'S ANSWER TO PLAINTIFF KEVIN GREEN'S UNVERIFIED CLASS ACTION COMPLAINT** was filed electronically with the Clerk of the Court using the Court's CM/ECF electronic filing system, which would send an electronic copy of this filing to all counsel of record.

                                         /s/ Adriana J. Diaz

#1134970                  DEFENDANT'S ANSWER TO PLAINTIFF'S
                          UNVERIFIED CLASS ACTION COMPLAINT